UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL NO. 06-717-01 |
| v. : | |
| : | |
| MARSHA AIKEN : | ORDER |

This matter having come before the Court on the application of defendant, Marsha Aiken, through her attorney, the Office of the Federal Public Defender (Linda D. Foster, Assistant Federal Public Defender, appearing), for an order reducing the amount of monthly payment towards restitution to no less than $100; and Probation taking no position on the proposed modification.

IT IS on this 31 day of July, 2012, ORDERED that the Defendant remit monthly payments of no less than $100 toward the restitution obligation.

_____
HONORABLE DENNIS M. CAVANAUGH
UNITED STATES DISTRICT JUDGE